```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

HECTOR BIENVENIDO ARIAS,      )
         Petitioner           )    CIVIL ACTION NO.
                              )    05-10684-MLW
                              )
         v.                   )
                              )
UNITED STATES OF AMERICA,     )
         Respondent           )
                              )
```

**Notice Of Appearance Of Attorney
For The Respondent**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this notice of appearance of Assistant U.S. Attorney Michael J. Pelgro as attorney for the respondent in the above-captioned action.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Michael J. Pelgro
                              Michael J. Pelgro
                              Assistant U.S. Attorney

DATED:   November 7, 2005.

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Hector Bienvenido Arias
        Inmate No. 23566-038
        FSL Elkton
        P.O. Box 10
        Lisbon, OH 02210

This 7th day of November 2005.

                                        s/Michael J. Pelgro
                                        MICHAEL J. PELGRO
                                        ASSISTANT UNITED STATES ATTORNEY